1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16

SONNETTE D. C.,[1]

    Plaintiff,

  v.

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

Case No. 2:23-cv-08569-MAR

JUDGMENT

17
18
19

   Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED.**

DATED:  June 17, 2024

20
21
22

           _____

           MARGO A. ROCCONI
           UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

---

1 Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.